AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Shawn P. Winston,<br>*Plaintiff*<br>v.<br>Staples Shared Service Center, LLC,<br>*Defendant.* | Civil Action No.     3:21-cv-02377-SVH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■ The case, having been settled, is dismissed with prejudice in its entirety.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Shiva V. Hodges, United States Magistrate Judge, presiding. The Court having granted the Joint Motion for Approval of Settlement.

Date:   February 17, 2022                                          *ROBIN L. BLUME, CLERK OF COURT*

                                                                                         s/L. Baker

                                                                            *Signature of Clerk or Deputy Clerk*